OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUN. 17. 2015.

6/17/2015
HAINES, RODNEY STEVE    Tr. Ct. No. A05-217-1                WR-83,380-09
This is to advise that the Court has denied without written order the application for writ of habeas corpus.

Abel Acosta, Clerk

RODNEY STEVE HAINES
TERRELL UNIT - TDC # 1347790
1300 FM 655                                    REF
ROSHARON, TX  77583

EMEBN3B  77583